IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR12-00873 CRB |
| Plaintiff, | **ORDER DENYING MOTION DISMISS** |
| v. | |
| MICHAEL LINDSAY, | |
| Defendant. | |

Defendant Michael Lindsay's Motion to Dismiss Count Two is DENIED.

**IT IS SO ORDERED.**

Dated: November 4, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE