STEVEN G. KALAR
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant LINDSAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 12-0873 CRB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER SETTING BRIEFING |
| | ) | SCHEDULE AND MOTIONS |
| MICHAEL LINDSAY, | ) | HEARING DATE |
| | ) | |
| Defendant. | ) | Honorable Charles R. Breyer |
| | ) | |

The parties stipulate and jointly request that the Court order the following schedule for hearing and remaining briefing on the motions filed by Defendant Michael Lindsay on December 1, 2015 (Docket #111-112):  Government opposition will be filed by December 8, 2015; any reply brief will be filed by Mr. Lindsay on December 15, 2015; oral argument will be held on December 29, 2015, at 4:00 p.m.

IT IS SO STIPULATED.

                                          BRIAN STRETCH
                                          Acting United States Attorney

DATED:   12/2/14                    _____/s/_____
                                          LAURA VARTAIN HORN
                                          Assistant United States Attorney

DATED:   12/2/14                    _____/s/_____
                                          DANIEL P. BLANK
                                          Assistant Federal Public Defender
                                          Attorney for Michael Lindsay

IT IS SO ORDERED.

DATED:  December 4, 2015            _____
                                          CHARLES R. BREYER
                                          United States District Judge

STIP. & PROP. ORDER                      1