```
 1  BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney
 2
    DAVID R. CALLAWAY (CABN 121782)
 3  Chief, Criminal Division

 4  LAURA VARTAIN HORN (CABN 258485)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-6831
 7       Fax: (415) 436-7234
         laura.vartain@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR-12-0873 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| MICHAEL LINDSAY, | ) |
| Defendant. | ) |

On December 2, 2015, the parties agreed and the court ordered that the government would file its oppositions to defendant's motions by December 8, 2015.

IT IS HEREBY STIPULATED, by and between the parties, that the government will proceed with filing its Opposition to Defendant's Motion to Suppress Fruits of Warrantless Seizure and Forensic Search of Electronic Media on December 8, 2015; however, the parties agree that the government will have a two-day extension, until December 10, 2015, to file its Opposition to Defendant's Motion to Dismiss Count Two Under Rule Against Duplicity. Furthermore, the parties agree that the defendant shall have a two-day extension, until December 17, 2015, to file his reply to the government's Opposition to Defendant's Motion to Dismiss Count Two Under Rule Against Duplicity.

STIPULATION AND ORDER
CR-12-0873 CRB                    1

**IT IS SO STIPULATED.**

DATED: December 8, 2015                                    BRIAN J. STRETCH
                                                           Acting United States Attorney

                                                           /s/
                                                           _____
                                                           LAURA VARTAIN HORN
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff

DATED: December 8, 2015

                                                           /s/
                                                           _____
                                                           DANIEL P. BLANK, ESQ.
                                                           Assistant Federal Public Defender
                                                           Attorney for Defendant, Michael Lindsay

**IT IS SO ORDERED.**

DATED:  December ___8th___, 2015
                                                           _____
                                                           HONORABLE CHARLES R. BREYER
                                                           UNITED STATES DISTRICT COURT JUDGE